No. 400, Misc. BRINKMAN v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Joseph Lonardo* for petitioner.

No. 404, Misc. GEORGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 437, Misc. TRANOWSKI v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 474, Misc. CARVIN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 497, Misc. MAES v. TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se*. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 500, Misc. CLINTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 424, Misc. IN RE SCHOENBURG. C. A. 5th Cir. Certiorari denied. *Robert H. Rice* for petitioner.